1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LEVI MICAH BARTER,                          No.  2:13-cv-2636-EFB P

12          Petitioner,

13     v.                                       ORDER

14  JERRY BROWN, et al.,

15          Respondents.

16

17     Levi Micah Barter, a state prisoner without counsel, has filed a "writ of mandamus" and

18  "T.R.O. Order," requesting that his credits be restored and that he "immediately" be released

19  from Kern Valley State Prison, where he is confined.  The Clerk of the Court opened this action

20  as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It appears from his initial

21  filing and the exhibits attached thereto that he wishes to challenge the warden's refusal to restore

22  petitioner's good time credits and set an early parole release date, as ordered by a Los Angeles

23  County Superior Court.  Therefore, this action should have been commenced in the district court

24  in Fresno.  E.D. Cal. Local Rule 120(d).

25     Accordingly, it is hereby ordered that:

26     1. This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

27  120(f).

28     2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: January 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2